IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:12CR3030 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCO ANTONIO GONZALEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are accumulating information regarding any outstanding warrants and whether alternative housing may be available for Defendant's release. This information is required for the court's determination of whether the defendant can be released on conditions. But for now,

IT IS ORDERED that the defendant shall be detained pending his detention hearing.

DATED this 23rd day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge