IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:12CR3030 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MARCO ANTONIO GONZALEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 79) is granted.

2. Defendant Marco Antonio Gonzalez's sentencing is continued to Monday, October 15, 2012, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of October, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge